UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: CRAYTON, ORA LEE | § | Case No. 06-71120 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 09/08/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  / /_____     By: /s/STEPHEN G. BALSLEY_____
                                       Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: lorsmith              Page 1 of 1                  Date Rcvd: Aug 19, 2010
Case: 06-71120                 Form ID: pdf006             Total Noticed: 15

The following entities were noticed by first class mail on Aug 21, 2010.
db          +Ora Lee Crayton,   720 S. Carroll,   Freeport, IL 61032-5623
tr          +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
14297330    +AAA Financial Services,   POB 15026,   Wilmington DE 19850-5026
10795968     Bank One,   Card Member Services,   PO Box 15153,   Wilmington, DE 19886-5153
10795969     Chase,   Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
10795971    +Financial Connections,   2023 W. Guadalupe Rd., #11-217,   Mesa, AZ 85202-7371
10795973     GM Cardmember Services,   PO Box 37281,   Baltimore, MD 21297-3281
10795974    +Mann Bracken,   2727 Paces Ferry Rd,   Atlanta, GA 30339-1838
10795976    +Mann Bracken, LLC,   One Paces West, Suite 1400,   Atlanta, GA 30327-2734
10795975    +Mann Bracken, LLC,   One Paces West, Suite 1400,   2727 Paces Ferry Rd.,   Atlanta, GA 30339-4053
10941714     eCAST Settlement Corporation assignee of,   Chase Bank USA N A,   POB 35480,
              Newark NJ 07193-5480
10938588     eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
              POB 35480,   Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Aug 19, 2010.
10886306    +E-mail/PDF: BNCEmails@blinellc.com Aug 20 2010 00:17:39     B-Line, LLC/Chase Bank USA, N.A.,
              Mail Stop 550,   2101 Fourth Ave., Suite 1030,   Seattle, WA 98121-2317
10795970     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 20 2010 00:14:44     Discover,   PO Box 30395,
              Salt Lake City, UT 84130-0395
10847298    +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 20 2010 00:14:44
              Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany OH 43054-3025
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
10795972*   +Financial Connections,   2023 W. Guadalupe Rd. #11-217,   Mesa, AZ 85202-7371
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2010**          **Signature:**   _Joseph Speetjens_