**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: CRAYTON, ORA LEE        § Case No. 06-71120
                               §
                               §
Debtor(s)                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $32,972.00                Assets Exempt: $22,972.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,257.88    Claims Discharged
                                              Without Payment: $78,194.50

Total Expenses of Administration: $3,144.26

---

3) Total gross receipts of $ 5,402.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,402.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,144.26 | 3,144.26 | 3,144.26 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 78,400.00 | 77,452.38 | 77,452.38 | 2,257.88 |
| **TOTAL DISBURSEMENTS** | $78,400.00 | $80,596.64 | $80,596.64 | $5,402.14 |

    4) This case was originally filed under Chapter 7 on June 28, 2006. The case was pending for 55 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/27/2010    By: /s/STEPHEN G. BALSLEY
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Annuity with AIG (Annuity Insurance Company) | 1129-000 | 5,400.00 |
| Interest Income | 1270-000 | 2.14 |
| **TOTAL GROSS RECEIPTS** | | **$5,402.14** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,290.21 | 1,290.21 | 1,290.21 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,849.00 | 1,849.00 | 1,849.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.05 | 5.05 | 5.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,144.26 | 3,144.26 | 3,144.26 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 − PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 − GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | 7100-000 | 8,000.00 | 4,185.93 | 4,185.93 | 122.03 |
| 2 | B-Line, LLC/Chase Bank USA, N.A. | 7100-000 | 15,800.00 | 20,123.92 | 20,123.92 | 586.65 |
| 3 | B-Line, LLC/Chase Bank USA, N.A. | 7100-000 | 29,500.00 | 32,203.17 | 32,203.17 | 938.78 |
| 4 | eCAST Settlement Corporation assignee of | 7100-000 | 12,900.00 | 12,632.44 | 12,632.44 | 368.26 |
| 5 | eCAST Settlement Corporation assignee of | 7100-000 | 9,200.00 | 8,306.92 | 8,306.92 | 242.16 |
| NOTFILED | AAA Financial Services | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 78,400.00 | 77,452.38 | 77,452.38 | 2,257.88 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-71120  
**Case Name:** CRAYTON, ORA LEE  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 08/10/09 (c)  
**§341(a) Meeting Date:** 09/16/09  

**Period Ending:** 01/27/11  

**Claims Bar Date:** 01/05/10

| 1<br>Ref. # Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Duplex - 720 South Carroll, Freeport, IL<br>    Order Abandoning Property entered July 7, 2010. | 20,000.00 | 5,000.00 | OA | 0.00 | FA |
| 2 | Cash | 75.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account - Cornerstone Credit Union | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings account - Cornerstone Credit Union | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Books, pictures, videos, misc. items | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing | 750.00 | 0.00 | DA | 0.00 | FA |
| 8 | Rings, watches, fur coat and misc. other items | 750.00 | 0.00 | DA | 0.00 | FA |
| 9 | Misc. items | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | Term life insurance policy through Microswitch(f | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Annuity with AIG (Annuity Insurance Company)<br>    Order Denying Exemption in AIG Annuity Insurance<br>Company entered October 26, 2009. | 5,000.00 | 5,400.00 | DA | 5,400.00 | FA |
| 12 | Monthly retirement | 97.00 | 0.00 | DA | 0.00 | FA |
| 13 | Debtor cuts hair on a part time basis | Unknown | 0.00 | DA | 0.00 | FA |
| 14 | Rents owed from former tenants | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | Monthly social security | 500.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1996 Cadallic DeVille | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 17 | Equipment used in salon | 250.00 | 0.00 | DA | 0.00 | FA |
| 18 | Misc. household tools & implements | 150.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 2.14 | FA |
| 19 | Assets    Totals (Excluding unknown values) | **$32,972.00** | **$10,400.00** |  | **$5,402.14** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-71120  
**Case Name:** CRAYTON, ORA LEE

**Period Ending:** 01/27/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 08/10/09 (c)  
**§341(a) Meeting Date:** 09/16/09  
**Claims Bar Date:** 01/05/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2010   **Current Projected Date Of Final Report (TFR):** July 16, 2010 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-71120 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | CRAYTON, ORA LEE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****68-65 - Money Market Account |
| Taxpayer ID #: | **-***4012 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 01/27/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/09 | {11} | Ora Lee Crayton | Payment for annuity | 1129-000 | 5,400.00 | | 5,400.00 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,400.20 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,400.42 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,400.63 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,400.83 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 5,401.07 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 5,401.10 |
| 04/06/10 | | Wire out to BNYM account 9200******6865 | Wire out to BNYM account 9200******6865 | 9999-000 | -5,401.10 | | 0.00 |

|  | | |
|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -5,401.10 | 0.00 | |
| Subtotal | 5,401.10 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $5,401.10 | $0.00 | |

{} Asset reference(s)

Printed: 01/27/2011 09:51 AM   V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 06-71120 | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** CRAYTON, ORA LEE | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******68-65 - Money Market Account |
| **Taxpayer ID #:** **-***4012 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 01/27/11 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6865 | Wire in from JPMorgan Chase Bank, N.A. account ********6865 | 9999-000 | 5,401.10 | | 5,401.10 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 5,401.35 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.33 | | 5,401.68 |
| 06/07/10 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/07/2010 FOR CASE #06-71120 | 2300-000 | | 5.05 | 5,396.63 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 5,396.94 |
| 07/14/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.15 | | 5,397.09 |
| 07/14/10 | | To Account #9200******6866 | Transfer to Closed Money Market Account | 9999-000 | | 5,397.09 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 5,402.14 | 5,402.14 | $0.00 |
| Less: Bank Transfers | | 5,401.10 | 5,397.09 | |
| **Subtotal** | | 1.04 | 5.05 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$1.04** | **$5.05** | |

{} Asset reference(s)     Printed: 01/27/2011 09:51 AM    V.12.56

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 06-71120 | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|
| **Case Name:** | CRAYTON, ORA LEE | **Bank Name:** | The Bank of New York Mellon |
|  |  | **Account:** | 9200-******68-66 - Checking Account |
| **Taxpayer ID #:** | **-***4012 | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 01/27/11 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/14/10 |  | From Account #9200******6865 | Transfer to Closed Money Market Account | 9999-000 | 5,397.09 |  | 5,397.09 |
| 09/08/10 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,849.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 |  | 1,849.00 | 3,548.09 |
| 09/08/10 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,290.21, Trustee Compensation;  Reference: | 2100-000 |  | 1,290.21 | 2,257.88 |
| 09/08/10 | 103 | Discover Bank/Discover Financial Services | Dividend paid  2.91% on $4,185.93; Claim# 1; Filed: $4,185.93; Reference: | 7100-000 |  | 122.03 | 2,135.85 |
| 09/08/10 | 104 | B-Line, LLC/Chase Bank USA, N.A. | Dividend paid  2.91% on $20,123.92; Claim# 2; Filed: $20,123.92; Reference: | 7100-000 |  | 586.65 | 1,549.20 |
| 09/08/10 | 105 | B-Line, LLC/Chase Bank USA, N.A. | Dividend paid  2.91% on $32,203.17; Claim# 3; Filed: $32,203.17; Reference: | 7100-000 |  | 938.78 | 610.42 |
| 09/08/10 | 106 | eCAST Settlement Corporation assignee of | Dividend paid  2.91% on $12,632.44; Claim# 4; Filed: $12,632.44; Reference: | 7100-000 |  | 368.26 | 242.16 |
| 09/08/10 | 107 | eCAST Settlement Corporation assignee of | Dividend paid  2.91% on $8,306.92; Claim# 5; Filed: $8,306.92; Reference: | 7100-000 |  | 242.16 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 5,397.09 | 5,397.09 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 5,397.09 | 0.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 5,397.09 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | $0.00 | $5,397.09 |  |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****68-65** | 5,401.10 | 0.00 | 0.00 |
| **MMA # 9200-******68-65** | 1.04 | 5.05 | 0.00 |
| **Checking # 9200-******68-66** | 0.00 | 5,397.09 | 0.00 |
|  | $5,402.14 | $5,402.14 | $0.00 |

{} Asset reference(s)

Printed: 01/27/2011 09:51 AM    V.12.56